UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE VEDRODE,

    Plaintiff,

Case No. 13-cv-11420

v.

HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                               /

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 20), **GRANTING COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT** (document no. 19), **DENYING VEDRODE'S MOTION FOR SUMMARY JUDGMENT** (document no. 17), **AND DISMISSING CASE**

The Social Security Administration denied plaintiff and claimant Nicole Vedrode's application for a period of disability and disability insurance benefits. An Administrative Law Judge issued the original decision. *See* ALJ Decision, ECF No. 13-2, at 19. The SSA Appeals Council declined to review the ruling. Vedrode then appealed to this Court. The Court referred the matter to a United States Magistrate Judge, and the parties filed cross motions for summary judgment. On August 8, 2014, the magistrate judge issued a Report and Recommendation suggesting that the Court grant the Commissioner of Social Security's motion and deny Vedrode's motion. Report, ECF No. 20.

A copy of the Report was served to both parties on August 8, 2014. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De Novo review of the magistrate judge's findings is therefore not required. *See* Fed.R.Civ.P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will

enter an appropriate judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Commissioner's motion for summary judgment (document no. 19) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the magistrate judge's Report and Recommendation (document no. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Vedrode's Motion for Summary Judgment (document no. 17) is **DENIED**.

**SO ORDERED**.

                                        s/Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: September 16, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2014, by electronic and/or ordinary mail.

                                        s/Carol Cohron
                                        Case Manager